UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                          Plaintiff,

         - against -

BORA BORA MACDOUGAL INC., ET AL.,

                          Defendants.

---

25-cv-1894 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for the defendant to answer or respond to the plaintiff's complaint was April 30, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 15, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 6, 2026.**

SO ORDERED.
Dated:    New York, New York
          May 1, 2026

                          _____
                                 John G. Koeltl
                          United States District Judge